IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LEQUANNA RAMSEY
As Next Friend of A.S.M.                                                              PLAINTIFF

V.                                                                          NO. 3:18CV00134-JMV

COMMISSIONER OF SOCIAL SECURITY                                        DEFENDANT

## ORDER DISMISSING CASE

Before the Court is Plaintiff's unopposed Motion to Dismiss Appeal [14].

Pursuant to FED. R. CIV. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The Court, having been advised Defendant does not oppose the motion, finds the motion should be granted for good cause shown. Therefore, it is

**ORDERED** that the instant motion is granted, and this case is **DISMISSED**.

This, the 30th day of October, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE